**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 00-cv-01841-LTB-PAC

RICKY EUGENE CLARK, on behalf of himself and all others similarly situated,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

Plaintiff has filed a response to Defendant's Expedited Motion to Deposit Funds With Court and to Release Supersedeas Bond (Doc 162 - filed February 24, 2006). Defendant has **up to and including March 10, 2006** to file a reply.

Dated: March 1, 2006

---