**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 00-cv-01841-LTB-PAC

RICKY EUGENE CLARK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

    Defendant.

_____

ORDER REGARDING SUPERSEDEAS BOND
_____

    THE COURT, having reviewed the Notice of Payment of Judgment; and Motion to Enter Order Regarding Supersedeas Bond, filed by State Farm on March 23, 2006, and being fully apprised in the premises thereof, hereby

    FINDS and ORDERS that:

    (1)    State Farm has satisfied in full its obligation to pay the December 26, 2003 judgment to Mr. Clark.

    (2)    The Supersedeas Bond issued on or about February 6, 2004 is no longer required.

    (3)    The Supersedeas Bond is, accordingly, fully and unconditionally discharged, released, and exonerated, and State Farm Fire and Casualty Company is released from

any and all past, present, and future liability in connection with issuance of the Supersedeas Bond.

(4)  The Clerk of the Court shall release and deliver the original Supersedeas Bond to counsel for State Farm Mutual Automobile Insurance Company.

SO DONE AND ORDERED this   24th   day of March, 2006.

                                                s/Lewis T. Babcock
                                                District Court Judge