**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 00-cv-01841-LTB-PAC

RICKY EUGENE CLARK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

    Defendant.

_____

**Order**
_____

    Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has filed a motion for Entry of a Scheduling Order (Docket #213). This motion addresses the sequence, scope and schedule for proceeding on two motions by plaintiff Ricky Eugene Clark ("Clark"): a Motion to Intervene (Docket #204) and a Motion to Certify a Class (Docket # 205).

    The parties agree that the Motion to Intervene should be resolved prior to the Motion to Certify a Class. Accordingly, it is so ordered that:

    1) Clark shall file his reply to State Farm's Response to Clark's Motion to Intervene no later than June 15, 2007;

    2) the Hearing on the Motion for Entry of a Scheduling Order set for June 13, 2007, is VACATED;

    3) the schedule for briefing and any other proceedings necessary to resolve the Motion for Class Certification will be set after resolution of the Motion to Intervene.

**DONE and ORDERED,** this   5th   day of June 2007 at Denver, Colorado.

                                      s/Lewis T. Babcock
                                      United States District Chief Judge