**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 00-cv-01841-LTB-PAC

RICKY EUGENE CLARK, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

    Defendant.

_____

**Order**
_____

    Plaintiff Ricky Eugene Clark has filed a Motion for Class Certification (Docket # 205). Defendant State Farm Mutual Automobile Insurance Company ("State Farm") shall file its response to this motion no later than July 26, 2007. Clark shall file his reply no later than August 16, 2007.

    **DONE and ORDERED,** this  26th  day of June 2007 at Denver, Colorado.

                                                       s/Lewis T. Babcock
                                                       United States District Judge